United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA LUCIA PEROZO-REYES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1117 |
| | § | |
| ORLANDO PEREZ *et al.* | § | |

**ORDER**

Petitioner filed the instant action under 28 U.S.C. § 2241, arguing that her continued detention is unlawful because there is no significant likelihood of removal in the reasonably foreseeable future (Dkt. No. 1 at 7). Respondents moved to dismiss or for summary judgment, arguing that Petitioner's claim is premature and that they "endeavor[ed] to schedule a charter flight for Petitioner within the next two months" (Dkt. No. 9 at 6).

Two months have passed, and Petitioner is still detained. In August 2026, Respondents filed an advisory stating that they would be removing Petitioner to Mexico (Dkt. No. 13). However, the next month, Petitioner filed an advisory stating that her removal to Mexico was unsuccessful (Dkt. No. 14 at 1). She has now been detained for more than six months. In light of Petitioner's advisory, the Court seeks supplemental briefing.

Accordingly, Respondents are **ORDERED** to file a response to Petitioner's advisory (Dkt. No. 14) no later than **October 14, 2026**. Respondents must detail their efforts to remove Petitioner thus far, including the specific countries to which they have attempted to remove her. Further, Respondents must explain in detail their future plans for Petitioner's removal. If Petitioner wishes, she may file a reply to Respondents' response, no later than **October 21, 2026**.

It is so **ORDERED**.

**SIGNED** October 7, 2026.

Marina Garcia Marmolejo
United States District Judge